**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ZSAQUEL TURRENTINE, INDVIDUALLY AND AS PARENT AND NEXT FRIEND OF BRYAN TURRENTINE, A MINOR,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>*Defendants*. | **Civil Action No. 26-01795 (ACR)** |

## NOTICE OF APPEARANCE

Please note the appearance of Jessica Krupke, Assistant Attorney General, as counsel for

Defendants District of Columbia and District of Columbia Public Schools in the above-captioned

matter.

Date:  July 10, 2026

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ George Eppsteiner*
GEORGE EPPSTEINER [90036366]
Chief, Section I
Civil Litigation Division

*/s/ Jessica Krupke*
JESSICA KRUPKE [1019967]
DANIEL COOPER [90038919]
Assistant Attorneys General
Civil Litigation Division, Section I
400 6th Street, NW

Washington, DC  20001
(202) 805-7562; (202) 550-1643
jessica.krupke@dc.gov; daniel.cooper@dc.gov

***Counsel for Defendant District of Columbia***